**Dated: November 3, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re | ) | Case No.: 20-13482-SAH |
| | ) | Chapter 11 |
| RHA Stroud, Inc.,[1] | ) | |
| Debtor. | ) | [Jointly Administered] |
| _____ | ) | |

**ORDER AUTHORIZING JOINT ADMINISTRATION**
**PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015**

THIS CASE came on for hearing on October 27, 2020 on the *Debtors' Motion for Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015* (Doc. No. 2) in the above styled and numbered chapter 11 cases seeking joint administration of such cases ("Motions").

The Court finds that notice was proper and that no party in interest made any response in opposition to the Motions or, if so, the relief requested in any such response was denied for the

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

55197659;2

reasons stated on the record, and further finds that the relief requested in the Motions should be granted.

Accordingly, it is hereby

ORDERED:

1. The Motion is GRANTED.

2. The chapter 11 cases of RHA Stroud, Inc. and RHA Anadarko, Inc. shall be jointly administered in accordance with the terms of this Order.

3. Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the *Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only*.

4. The joint caption of the RHA Stroud, Inc. and RHA Anadarko, Inc. cases shall read as shown in attached Exhibit A.

5. All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of RHA Stroud, Inc., Case No. 20-13482.

6. All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made.

7. Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for the claims against any of the Debtors by virtue of this Order; and (d) file separate Bankruptcy Schedules and Statements of Financial Affairs.

8. A docket entry shall be made in each of the Debtors' cases substantially as follows: *An order has been entered in this case directing the joint administration of the chapter 11 cases of RHA Stroud, Inc. and RHA Anadarko, Inc..; the docket in the chapter 11 case of RHA Stroud, Inc., Case No. 20-13482 should be consulted for all matters affecting this case*.

9. Debtors shall file a master service list in RHA Stroud, Inc. Case No. 20-13482 which includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all the debtor's jointly administered cases for future noticing requirements.

10. Findings of fact are based upon representations of counsel.

11. This order shall be served by the Debtors on interested parties and all parties included on the master service list.

# # #

Approved for Entry:

By: /s/ Michael A. Rubenstein
Michael A. Rubenstein, OBA #7806
Rubenstein & Pitts PLLC
1503 E. 19th Street
Edmond, OK 73013
Telephone: (405) 340-1900
Facsimile: (405) 340-1001
mrubenstein@oklawpartners.com
Proposed Attorneys for Debtors

By: s/ David W. Parham
David W. Parham
AKERMAN LLP
Texas Bar No. 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
*Pro Hac Vice Pending*
Proposed Attorneys for Debtors

s/ Esther McKean
Esther McKean
AKERMAN LLP
Florida Bar No. 028124
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
esther.mckean@akerman.com
*Pro Hac Vice Pending*
Proposed Attorneys for Debtors

s/ Catherine Kretzschmar
Catherine Kretzschmar
AKERMAN LLP
Florida Bar No. 85843
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
catherine.kretzschmar@akerman.com
*Pro Hac Vice Pending*
Proposed Attorneys for Debtors

# EXHIBIT A
## JOINTLY ADMINISTERED CASES CAPTION

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | Case No.: 20-13482-SAH |
| ) | Chapter 11 |
| RHA Stroud, Inc., ) | |
| ) | [Jointly Administered] |
| Debtor. ) | |

55197659;2